UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE WRIGHT, on behalf of
A.W., a minor, by and through her next friend;
and STEPHANIE WRIGHT                                                           PLAINTIFFS

v.                           CASE NO. 4:10cv00240 BSM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT; ROB McGILL, Acting Superintendent
of Pulaski County Special School District, In His
Official Capacity; RHONDA HARNISH, Director
of Elementary Education of Pulaski County
Special School Distrit, In Her Official Capacity;
and JOSIE BRAZIL, Principal of Sherwood
Elementary School, In Her Official Capacity                                    DEFENDANTS

## ORDER

The parties jointly request that the deadlines set forth in the August 4, 2010, final scheduling order be stayed. [Doc. No. 24]. They are currently working towards a possible settlement. For good cause shown, the motion is granted. All deadlines set forth in the August 4, 2010 final scheduling order are stayed.

IT IS SO ORDERED this 20th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE