**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**STEPHANIE WRIGHT, on behalf of A.W.,
a minor, by and through her next friend**                                      **PLAINTIFF**

**v.**                                **CASE NO: 4:10CV00240 BSM**

**PULASKI COUNTY
SPECIAL SCHOOL DISTRICT, et al.**                                **DEFENDANTS**

**JUDGMENT**

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 26], this case is hereby

dismissed with prejudice and without any further costs or fees to any party.

Dated this 3rd day of February 2012.

_____
UNITED STATES DISTRICT JUDGE